IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:08cr07-WKW |
| | ) | |
| ANTHONY TOLLIVER | ) | |

**ORDER**

Upon consideration of the *Motion to Substitute Counsel,* (doc. # 16) filed by the United States, it is

**ORDERED** that the motion be and is hereby **GRANTED**.

Done this 20th day of March, 2008.


       /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE