**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:08cr7-WKW |
| | ) | |
| ANTHONY TOLLIVER | ) | |

**NOTICE OF BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY**

COMES NOW the United States Attorney's Office for the Middle District of Alabama, by and through the undersigned Assistant United States Attorney, and hereby files the following Bill of Particulars:

Through the violations of Title 18, United States Code, Section 924(C)(1)(A)(i) as alleged in Count 2 of the indictment; Title 18, United States Code, Section 922(a)(6) as alleged in Count 4 of the indictment; Title 18, United States Code, Section 924(a)(1)(A) as alleged in Count 5 of the indictment; and Title 18, United States Code, Section 922(g)(9) as alleged in Counts 6 and 7 of the indictment, which are violations punishable by imprisonment of more than one year, the United States seeks forfeiture of the following property pursuant to Title 18, United States Code, 924 and Title 28, United States Code, Section 2461(c):

Approximately 570 rounds of assorted ammunition.

Respectfully submitted this 22nd day of July, 2008.

LEURA G. CANARY
UNITED STATES ATTORNEY


**/s/Tommie Brown Hardwick**
TOMMIE BROWN HARDWICK
Assistant United States Attorney
Bar Number: ASB4152 W86T
131 Clayton Street
Montgomery, Alabama 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: tommie.hardwick@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Respectfully submitted,


**/s/Tommie Brown Hardwick**
TOMMIE BROWN HARDWICK
Assistant United States Attorney