# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | Case No. 2:08CR-7-WKW |
| ) | |
| **ANTHONY TOLLIVER** ) | |

## ORDER

Based upon this court's order setting the trial in the above-styled case for December 1, 2008, and for good cause, it is

**ORDERED** that a final pretrial conference be and is hereby set for **September 29, 2008 at 1:00 p.m. in courtroom 4B**, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

That all applicable deadlines contained in the prior arraignment order are adjusted accordingly, provided, however that the deadline for the filing of pretrial, dispositive motions is not extended.

Done this 7th day of August, 2008.

                                          /s/Charles S. Coody
                                      CHARLES S. COODY
                                      UNITED STATES MAGISTRATE JUDGE